In the Matter of PETER C. IRVINE, Appellant, v KATHLEEN M. ROGERS, as Acting Judge of St. Lawrence County Court, et al., Respondents.

Decided February 24, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of EDWARD KOEHL, Appellant, v DALE ARTUS, as Superintendent of Clinton Correctional Facility, Respondent.

Submitted January 12, 2009; decided February 24, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of ELVIN LEBRON, Appellant, v BRION D. TRAVIS, as Chair of the New York State Division of Parole, Respondent.

Submitted January 12, 2009; decided February 24, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.